UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Victor Dahar, Trustee</u>

  v.          Civil No. 05-cv-186-JD

<u>Susan W. Jackson</u>

O R D E R

  The bankrupcy court entered judgment against Susan W. Jackson and in favor of the bankruptcy trustee, Victor Dahar, in the amount of $260,130.67 in December of 2004.  Following resolution of her motion to alter or amend judgment, Jackson filed a notice of appeal in the bankruptcy court.  On May 20, 2005, the bankruptcy court denied her motion for a stay of the judgment pending appeal but granted a stay to give her time to seek a stay in this court while her appeal is pending.  The stay granted by the bankruptcy court will expire at 5:00 p.m. today.

  On May 31, 2005, Susan W. Jackson filed a notice of appeal in this court, and today she filed a motion for a stay pending appeal.  Victor Dahar, the bankruptcy trustee, has not had an opportunity to respond.  The court will grant a temporary stay of the judgment to provide Dahar an opportunity to respond to Jackson's motion.  The judgment against Jackson entered in the bankruptcy court is stayed until this court resolves her motion for a stay pending appeal.  Jackson shall file copies of the

bankruptcy court's orders entering judgment against her and denying her motion to alter and amend judgment **on or before June 6, 2005.**  Dahar shall file a response to Jackson's motion for a stay pending appeal on or before **June 15, 2005.**

    SO ORDERED.

                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

June 1, 2005

cc:   Thomas J. Pappas, Esquire
      John R. Michels, Esquire
      Richard Thorner, Esquire
      USBC-NH, Clerk